# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON
### PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Christopher Campanella

vs.                                      CASE NUMBER: **10-cv-00683-GTS-DRH**

BAC Home Loans Servicing, LP

I, LAWRENCE K BAERMAN, CLERK, by Maria A. Blunt, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 12th day of July, 2010 against BAC Home Loans Servicing, LP.

Dated:   July 12, 2010

_Clerk of Court_

By: s/ Maria A. Blunt

Deputy Clerk